# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT WHEELING

STEPHANIE WALKER, )
)
Plaintiff, )
)
vs. )
) CIVIL ACTION NO. 5:07CV150
ERIE INSURANCE PROPERTY & )
CASUALTY COMPANY, )
)
Defendant. )

## AGREED ORDER SUBSTITUTING ERIE INSURANCE COMPANY FOR ERIE INSURANCE PROPERTY & CASUALTY COMPANY

NOW COMES the Plaintiff, Stephanie L. Walker, by her counsel, Jacob Robinson, of Robinson Law Offices, and comes Erie Insurance Property & Casualty Company by its counsel, S. Jane Anderson, of Dickie, McCamey & Chilcote, L.C., and request this Court to substitute Erie Insurance Company for Erie Insurance Property & Casualty Company in this matter.

After investigation and review of the policy at issue, counsel for Erie advised Plaintiff that Plaintiff was, at all times relevant, insured pursuant to Pioneer Family Auto Policy, Number Q07 6206021 W, issued by Erie Insurance Company, authorized to do business in Ohio, rather than Erie Insurance Property & Casualty Company, authorized to do business in West Virginia. As such, the proper party to this civil action is Erie Insurance Company, not Erie Insurance Property & Casualty Company.

Upon due consideration and hearing no objection thereto, the Court does hereby **ORDER** that Erie Insurance Company shall be substituted for and in the place of Erie Property & Casualty Company in this civil action. The Court does further **ORDER** that Erie Insurance Property & Casualty Company be removed as a Defendant in this matter.

The Clerk is hereby **ORDERED** to take the appropriate action in the Court file to effectuate this substitution, and further **ORDERED** to transmit copies of this *Order Substituting Erie Insurance Company for Erie Insurance Property & Casualty Company* to all counsel of record.

Entered this 4th day of March, 2008.

_____
Judge

Prepared and approved by:


/s/ **S. Jane Anderson**
S. Jane Anderson, Esq. (#5098)
1233 Main Street, Suite 2002
Dickie, McCamey & Chilcote, L.C.
Wheeling, WV 26003
*Counsel for Defendant, Erie Insurance Company,
improperly sued as Erie Insurance Company*

Seen and Approved:


/s/ **Jacob M. Robinson**
Jacob M. Robinson, Esq. (WV #3133)
Robinson Law Offices
1140 Main Street, Third Floor
Wheeling, WV 26003-2704
*Counsel for Plaintiff*